

FILED

APR 07 2014

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | |
|---|---|
| WILLIAM J. PAATALO,<br><br>       Plaintiff,<br><br>vs.<br><br>FIRST AMERICAN TITLE COMPANY OF MONTANA. INC., *et. al.*,<br><br>       Defendants. | CV 13-128-BLG-SEH<br><br>**ORDER** |

On March 20, 2014, United States Magistrate Judge Carolyn S. Ostby entered her Findings and Recommendations[1] on Defendants J.P. Morgan Chase Bank, N.A. and U.S. Bank, N.A.'s, Motion to Dismiss;[2] Defendants First American Title Company of Montana, Inc. and Dalia Martinez's Motion to

---

[1] Doc. 55.

[2] Doc. 10.

Dismiss;[3] Plaintiff's Motion for Partial Summary Judgment;[4] and Defendants Stillwater Abstract Company and Shelly Noe's Motion for Summary Judgment.[5] Plaintiff filed objections on April 4, 2014.[6] The Court reviews *de novo* findings and recommendations to which objections are made. 28 U.S.C. § 636(b)(1).

Upon *de novo* review of the record, I find no error in Judge Ostby's Findings and Recommendations and adopt them in full.

ORDERED:

1. Defendants J.P. Morgan Chase Bank, N.A. and U.S. Bank, N.A.'s, Motion to Dismiss[7] is GRANTED. All claims against J.P. Morgan Chase Bank, U.S. Bank, and the 2–7-OA3 Trust, are DISMISSED with prejudice.

2. Defendants First American Title Company of Montana, Inc. and Dalia Martinez's Motion to Dismiss[8] is GRANTED. All claims against First American Title Company, Inc. and Dalia Martinez are DISMISSED with prejudice.

---

[3] Doc. 13

[4] Doc. 17.

[5] Doc. 27.

[6] Doc. 61.

[7] Doc. 10.

[8] Doc. 13

2

3. Plaintiff's Motion for Partial Summary Judgment[9] is DENIED.

4. Defendants Stillwater Abstract Company and Shelly Noe's Motion for Summary Judgment[10] is GRANTED.

DATED this 7th day of April, 2014.

SAM E. HADDON
United States District Judge

---

[9] Doc. 17.

[10] Doc. 27.